UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAL SOEUN,  
        Petitioner,  
    v.  
R. A. HOREL, warden,  
        Respondent.

No. C 08-294 MHP (pr)

**ORDER OF TRANSFER**

Sal Soeun, has filed a petition for writ of habeas corpus to challenge his state court conviction from the Stanislaus County Superior Court. Stanislaus County lies within the venue of the Eastern District of California. Soeun is currently in custody in the Pelican Bay State Prison in Del Norte County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction is preferably heard in the district of conviction. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: January 24, 2008

Marilyn Hall Patel  
United States District Judge