IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAL SOEUN, | 1:08-cv-00195-DLB (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONDENT'S MOTION TO DISMISS |
|     vs. | |
| R.A. HOREL, | (DOCUMENT #19) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 5, 2008, petitioner filed a motion to extend time to reply to Respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to reply to Respondent's motion to dismiss.


IT IS SO ORDERED.

Dated: **May 12, 2008**        /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE