**FILED**

DEC X9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAL SOEUN,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>R.A. HOREL,<br><br>　　　　　　　Respondent. | 1:08-cv-00195 VRW<br><br>[PROPOSED] ORDER ON APPLICATION AND DECLARATION FOR FIRST ENLARGEMENT OF TIME WITHIN WHICH TO FILE AN ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

IT IS HEREBY ORDERED that the application for enlargement of time within which to file an answer to petition for writ of habeas corpus be granted enlarging by fourteen (14) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including December 22, 2008, to file such pleading.

Dated: December __8__, 2008.

_____
Vaughn R Walker
United States District Chief Judge